UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
September 18, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                         )<br>            Plaintiff,                       )<br>v.                                                      )<br>                                                         )<br>VINH LOC,                                       )<br>                                                         )<br>            Defendant.                      ) | Case No. 2:08CR00362JAM-03<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release __VINH LOC__ , Case No. __2:08CR00362JAM-03__ , Charge __21USC § 846 & 841(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $_____

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        _✔_ (Other)        __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __September 18, 2008__ at __2:00 pm__ .

                                                  By     /s/ Gregory G. Hollows
                                                                  Gregory G. Hollows
                                                                  United States Magistrate Judge

Copy 5 - Court