**FILED**
September 30, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>v. )<br>VINH LOC, )<br>　　　　Defendant. ) | Case No. 2:0CRJ00362JAM-03<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release  VINH LOC , Case No.  2:0CRJ00362JAM-03 , Charge  21USC § 846, 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

　　__　Release on Personal Recognizance

　　✔　Bail Posted in the Sum of $ 250,000.00

　　　　✔　Unsecured Appearance Bond  $250,000

　　　　__　Appearance Bond with 10% Deposit

　　　　__　Appearance Bond with Surety

　　　　__　Corporate Surety Bail Bond

　　✔　(Other)　　Pretrial conditions as stated on the record.

Issued at  Sacramento, CA  on  September 30, 2008  at  10:28 am .

　　　　　　　　　　　　　　　By  /s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　Gregory G. Hollows
　　　　　　　　　　　　　　　　　United States Magistrate Judge

Copy 5 - Court